# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEATRICE COBIANU, and<br>MIRCEA DRAGOMIR,<br><br>　　　　Defendants. | Case No. 2:14-cr-137-KJD-NJK<br><br>**Order Granting**<br>**Motion to Dismiss the Indictment as to**<br>**Defendants Cobianu, and Dragomir**<br>**and Quashing Warrants** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendants Beatrice Cobianu, and Mircea Dragomir.

　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　*s/Kimberly M. Frayn*
　　　　　　　　　　　　　　　　　　　KIMBERLY M. FRAYN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendants Beatrice Cobianu, and Mircea Dragomir, it is hereby ordered that the warrants for their arrest, issued April 15, 2014, are quashed.

DATED this 28th day of May, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE